IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVIN D. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:04-cv-784-JLF |
| ) | |
| RICK ROUSTIO AND DR. CUNEO, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter is before the Court on the Order to Show Cause issued by this Court on January 18, 2005 and the Plaintiff's subsequent "response" filed on January 25, 2006. In the show cause order, the Plaintiff was informed that he had not updated his address as required by Local Rule 3.1. This failure resulted in the return, as undeliverable, of a number of court documents including this Court's Report and Recommendation issued on December 20, 2005.

In this response, the Plaintiff indicates that he currently is residing at the St. Clair County Sheriff's Department, 700 North 5th Street, Belleville, IL 62220. He noted that he did not submit a change of address form because he did not have any stamps or envelopes.

Pursuant to the Plaintiff's representations, the Clerk **SHALL** mail a copy of this Court's December 20, 2005 Report and Recommendation to the Plaintiff at his current address. The Plaintiff shall have until **February 27, 2006** to file any objections thereto, as indicated in the attached notice.

The Plaintiff is nonetheless **WARNED** that if he fails to keep the Clerk's office informed of his address, within 7 days of any change, this Court **SHALL** recommend that this matter be dismissed for failure to comply with the Local Rules.

**DATED: February 7, 2005**

<u>s/ Donald G. Wilkerson</u>
**DONALD G. WILKERSON**
**United States Magistrate Judge**
