IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEVIN JOHNSON,

    **Plaintiff,**

    -vs-                        No. 04-CV-784 DRH

RICK ROUSTIO, et al.,

    **Defendants.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came before the Court on a Report and Recommendation by United States Magistrate Judge Donald G. Wilkerson.

**IT IS ORDERED AND ADJUDGED** that the report is **ADOPTED** in its entirety.

Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** for Plaintiff's failure to prosecute.

**NORBERT G. JAWORSKI, CLERK**

April 15, 2008.                        BY: s/Patricia Brown
                                                            Deputy Clerk

APPROVED: /s/ *David R Herndon*
              **CHIEF JUDGE**
              **U.S. DISTRICT JUDGE**